Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

CENTRAL District of CALIFORNIA

WESTERN Division

FILED
CLERK, U.S. DISTRICT COURT
APR 1 - 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. **CV21-2893-** JAK (JC)
*(to be filled in by the Clerk's Office)*

Vicki Butler
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

Los Angeles District Attorney Office
Los Angeles Police Department
~~Los Angel~~ vB
Long Beach Police Department
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Vicki Butler
Address: 5711 West Columbia Way #83
Lancaster, CA 93536
County: Los Angeles
Telephone Number: 818-402-0602
E-Mail Address: EXONERATEFOXY@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Los Angeles District Attorney
Job or Title (if known):
Address: 500 W. Temple Street #358
Los Angeles, CA 90012
County: Los Angeles
Telephone Number: 213-974-1311
E-Mail Address (if known): https://da.lacounty.gov

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**
Name: Los Angeles Police Department
Job or Title (if known): Foothill Division
Address: 100 West 1st Street
Los Angeles, CA 90012
County: Los Angeles
Telephone Number: 911
E-Mail Address (if known): LAPDONLINE.ORG

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: City Clerk Long Police Department
- Job or Title *(if known)*: 3 Unknown Male Officers
- Address: 333 West Ocean Blvd
  - City: Long Beach
  - State: CA
  - Zip Code: 90802
- County: Los Angeles    FAX: 562-570-8730
- Telephone Number: 562-570-7120
- E-Mail Address *(if known)*:

[ ] Individual capacity   [X] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City / State / Zip Code
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment Violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. OBSTRUCTION OF JUSTICE BY: DISTRICT ATTORNEY Hilda Weintraub WITH OFFICERS OF THE COURT WITH DISBARRED ATTORNEY RONALD WHITE. WOMEN'S LYNWOOD COUNTY JAIL. Foothill POLICE DEPARTMENT LONG Beach POLICE DEPARTMENT. AND PRIOR DISTRICT ATTORNEY OFFICER. RACIAL PROFILING.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 08-2008 Los Angeles SUPERIOR Court DA WEINTRAUB WITH DISBARRED ATTORNEY WHITE VIOLATED Butler's CONSUMER PROTECTION AND ACTIVATED MAIL FRAUD WITH Los Angeles PROBATION DEPARTMENT AGAINST BUTLER. Foothill POLICE DEPARTMENT ALLOWED Ronald RUCKER to OPEN AND TURN IN BUTLERS CONFIDENTIAL LOAN WITHOUT BUTLERS KNOWLEDGE OR CONSENT.

B. What date and approximate time did the events giving rise to your claim(s) occur? ON 08-11-2019 I Vicki BUTLER REALIZE AND ALLEGE DISBARRED ATTORNEY WHITE WITH DA WEINTRAUB ALTERED A DEED IN BUTLER'S CRIMINAL CASE, THAT BUTLER DID NOT SIGN.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE III A.

DISBARRED ATTORNEY WHITE NEVER took PICTURES OF WORK DONE BUTLER/ADAMS DISTRESS PROPERTY. ADULT PROTECTIVE SERVICES SPOKE WITH MRS. ADAMS (WITH UNKNOWN GOVERNMENT EMPLOYEES) THEN 5150 MRS. Adams FORCE HER INTO A NURSING HOME AND FORGED MRS. Adams ON DRUGS. WHILE NON TAX PAYERS ARE ALLOWED FOR YEARS TO BUILD AND LIVE IN MAKE SHIFT HOUSES ON THE STREETS,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. DISABILITY ACT VIOLATIONS: BUTLER A DISABLE VERTERAN DID NOT RECEIVE PROPER MEDICAL CARE, AT COUNTY JAIL which AGGRAVATED BUTLER'S MEDICAL ISSUES. INTENTIONAL AFFLICTION OF EMOTIONAL DISTRESSED ACTIVATED BY FELONY ACTIVITY BY DA WEINTRAUB ATTORNEY Ronald White (DISBARRED) ATTORNEY JOHN CALDWELL JANUARY? TO JUNE 2009. BUTLER WENT TO ATTY CALDWELL'S OFFICE LEFT NOTES TO APPEAL CRIMINAL CASE. NO REPLY. YET IN 2018 CALDWELL HAD INTERACTION WITH BUTLER BY Willie BROUGHTON. AT A DENTAL OFFICE IN COMPTON CA, BY STALKING BUTLER. I Vicki BUTLER ALLEGE, ALL THE ABOVE. I VICKI BUTLER A DISABLE VETERAN REQUIRE HOLISTIC MEDICAL CARE. MRS. ADAMS WAS MY LIFE coach.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. BUTLER A COMMUNITY DEVELOPER SEEKS AN UNDISCLOSED AMOUNT PER ATTACHED DAMAGES. BUTLER SEEKS CREDIT SCORE REINSTATED TO 820. PASSPORT REINSTATED WITH ABILITY TO GET MRS. Adams FROM NURSING HOME. BUTLER INTENDS TO PROVIDE MRS. Adams WITH 24 hour CARE WITH GARDENING, ANIMAL THERAPHY, WITH ABILITY TO INTER ACT WITH POSITIVE PEER GROUPS. + BUTLER SEEK TO CONTINUE HOLISTIC MEDICAL CARE POSITIVE ONLINE COACHING, ART, DANCE, MUSIC AND COMEDY Therapy. WITH the ABility to INTERACT SAFETLY WITH A BLACK MAN FAMILY AND LOVE ONES.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03-31-20 24

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: VICKI BUTLER

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

|  City | State | Zip Code |

Telephone Number _____
E-mail Address _____

TO: THE BOARD OF SUPERVISORS     FROM: VICKI LYNN BUTLER
10·18·2018

I VICKI BUTLER ATTACHED THE REQUEST TO BE COMPENSATED FOR MYSELF AND MRS. KATHERINE MAE ADAMS FOR WRONGFUL 5150 OF MRS. ADAMS PERSON AND WRONGFUL ARREST OF MS. VICKI LYNN BUTLER. PLEASE SEE JUSTIFICATION FOR REQUEST: INENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY SOME OF LOS ANGELES, CA GOVERNMENT EMPLOYEES. QUESTIONALBE DEATHS OF SOME OF BUTLER'S FAMILY MEMBERS, FRIENDS, AND LOVE ONES WHO SEVERED PROOF OF SERVICE FOR BUTLER.

I VICKI BUTLER ALLEGE THE FOLLOWING:

DAMAGES: LOSS OF ADAMS/BUTLER
LOSS OF ADAMS/BUTLER PROPER MEDICAL CARE
DEFAMATION OF CHARACTER ADAMS/BUTLER
LOSS OF LOVE ONES, FAIMLY FRIENDS AND MALES COMPANSION FOR ADAMS/BUTLER
LOSS OF ADAMS/BUTLER ASSETS AND POSSESSIONS
ADAMS/BUTLER 12575 GARBER STREET PACOMIA, CA 91331 PROPERTY *Taken under false*
BUTLER'S CONDO 52 EVERGREEN ST #308 INGLEWOOD, CA 90302     *Dismissed case Remut*
LOSS OF BUTLER'S VEHICLES APPROXIMATLEY FIGURES:   ASSETS
NISSION SCION $6,000.00, BMW, MERCEDES BENZ; HONDA PRELUDE
LOST OF ADAMS CREDIT SCORE                         LOST OF BUTLER'S 820 CREDIT SCORE

| LOSS OF BUSINESS INCOME | EXPENSE | LOST INCOME |
|---|---|---|
| GOAF 30 TO 36 HURRICANE KATRINE TENANTS LOST | UNKNOWN | UNKNOWN |
| LOST OF ADAM'S FREEDOM | | |
| LOST OF BUTLER'S FREEDOM | | |
| DIVERSE DEVELOPMENT PROPERTY MGNT 10 TENANTS @ $600 PER MONTH X 11 YEARS | | $ 792,000.00 |
| TOP DOLLAR FOR YOUR NOTES 2000 VEHICLE SOLD @ $500 EACH | | $1,000,000.00 |
| ADAMS/BUTLER PROPERTY 2 SENIOR RESIDENTS @ $4,000 EACH  $96,000.00 X 11 YEARS | | $1,056,000.00 |
| MORTGAGE EXPENSE PER YEAR | -$34,000.00 | |
| MIS EXPENSE CLEANING, TRAVEL, FOOD, CABLE, ENTERTAINMENT ect… | -$40,000.00 | |
| 1 BEDROOM RENTAL OVER GARAGE @ $500.00 PER MONTH | | $   6,000.00 |

SUB NET PROFIT
ADAMS/BUTLER PROPERTY VALUE
ADAMS/BUTLER 12575 GARBER ST PACOMIA, CA 91331            $ 525,500.00
BUTLER'S CONDO 512 EVERGREEN #308 INGLEWOOD, CA 90302     $ 288,700.00
ADAMS/BUTLER NET LOSS                                     $3,669,200.00
CITY OF LOS ANGELES RESIDENT LOSS OF 3RD PARTY FRAUD BILLIONS OF DOLLARS

H to H





